**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Henry Paulson, Secretary
U.S. Dept. of the Treasury
1500 Pa.Ave.,NW
Washington, DC 20220

Civil Action, File Number __CA-07-748-RJL__

__Steven Ivey__
                                    V.
__Henry Paulson__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

07-748   JRT   4-27-07

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_____
(Signature USMS Official)

---

### COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature
_____

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Henry Paulson, Sec.y.
U.S. Dept. of the Treasury
1500 Pennsylvania, NW
Washington, DC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature: M Middleton]       ☐ Agent   ☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery
MAY - 1 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4136 8137

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540