**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U.S. Attorney General
950 Pa. Ave., NW
Washington, D.C. 20530

Civil Action, File Number __CA-07-0748 RJL__

__Steven Ivey__
V.
__Henry Paulson__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE ... RETURN COPIES 1 AND 2 to the sender within

07-0748  JRT  4-27-07

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney Gen'l.
950 Pennsylvania, NW
Washington, DC.

2. Article Number (Transfer from service label)
7004 1160 0004 4136 8199

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
MAY 0 1 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

S. If you are served on behalf of a corporation, your signature your relationship to that entity. If ... indicate under your signature your authority.

___ days, you (or the party on whose behalf you ... complaint in any other manner permitted by law.

... behalf you are being served) must answer the ... ent by default will be taken against you for the

... ipt of Summons and Complaint By Mail was

_[signature]_
MS Official

COMPLAINT
... of the summons and of the complaint in the above captioned *manner* at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

RECEIVED
MAY 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT