CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY | )<br>)<br>)<br>) |
| Plaintiff | ) Civil Case Number 07-748 (EGS)<br>)<br>) |
| | ) Category   L |
| HENRY PAULSON | )<br>)<br>) |
| Defendant | )<br>) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 6,2007</u> from <u>Judge Richard J. Leon.</u> to <u>Judge Emmet G. Sullivan</u> by direction of the Calendar Committee.

(Case relate to 05-1147)

<u>ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Sullivan</u> & Courtroom Deputy
<u>Judge Leon</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk