IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN IVEY,<br>      Plaintiff,<br><br>v.<br><br>HENRY M. PAULSON, SECRETARY,<br>DEPARTMENT OF THE TREASURY<br>      Defendant. | )<br>)<br>)<br>)<br>)  Case Number 07-0748 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT OF TIME TO SUBMIT RULE 16.3 REPORT**

Defendant Henry M. Paulson, through undersigned counsel, hereby respectfully requests a 10-day enlargement of time to submit the parties' Rule 16.3 Report, making the report due September 27, 2007. The report currently is due September 17, 2007. Although the terms of Local Rule 7(m) do not require consultation with pro se parties, counsel for Defendant contacted plaintiff on September 13, 2007 to seek his position on this enlargement motion. However, plaintiff had not responded as of the time Defendant filed this motion.

There is good cause to grant this motion. In accordance with this Court's order, the parties conferred on September 10, 2007 concerning the requirements of Local Rule 16.3. In addition, the parties have begun preparing the Rule 16.3 report that will memorialize their meet-and-confer. However, in light of plaintiff's residence in Florida and the national security screenings necessary for Department of Justice mail, it has taken several days for counsel for Defendant to receive the materials that plaintiff has mailed. The undersigned anticipates that the parties will need to exchange at least one more draft before the joint report can be submitted. Accordingly, despite the parties' good-faith effort to comply with the current deadline, an enlargement of time will be necessary in order for the parties to finalize and file a joint report.

Defendant has previously filed one enlargement motion concerning the due date for Defendant's answer, which the Court granted. There are no pending deadlines or court dates that this request for enlargement would affect. Granting the parties an additional 10 days to submit the Rule 16.3 Report should cause no prejudice. An order granting the relief sought is attached hereto.

Dated: September 14, 2007                    Respectfully submitted,

                                                          /s/
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney

                                                          /s/
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney


                                        /s/ Robin M. Meriweather
                                      ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                      Assistant United States Attorney
                                      555 Fourth St., N.W.
                                      Washington, D.C.  20530
                                      Phone: (202) 514-7198 Fax: (202) 514-8780
                                      Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of September, 2007, I caused the foregoing to be filed via the Court's Electronic Case Filing system, and to be served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

Steven Ivey
7611 S. Obt, # 278
Orlando, FL 32809

                                        */s/ Robin M. Meriweather*
                                        _____
                                        ROBIN M. MERIWEATHER
                                        ASSISTANT UNITED STATES ATTORNEY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,           )<br>       Plaintiff,          )<br>                              )<br>v.                              )<br>                              )<br>HENRY M. PAULSON, SECRETARY, )<br>DEPARTMENT OF THE TREASURY )<br>       Defendant.         )<br>                              )<br>_____ ) | Case Number 07-0748 (EGS) |

## **ORDER**

Upon consideration of Defendant's motion for enlargement of time to submit Rule 16.3 report, it is this _____ day of _____, 2007

ORDERED that Defendant's motion be, and hereby is, GRANTED;

it is further ORDERED that the parties shall submit a Rule 16.3 report on or before September 27, 2007.

SO ORDERED.

_____
United States District Judge