UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Steven Ivey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CA No. 07- 0748 |
| V. ) | |
| ) | |
| HENRY PAULSON, Secretary, et al., ) | |
| U.S. Department of the Treasury, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO REASSIGN JUDGE TO CASE

The above caption case and related cases, Ivey v. Treasury, 04-0214, DC District, (later case no. 05-5444 in DC Circuit), and Ivey v. NTEU , 05-1147, DC District, ( 07-7083in DC Circuit) had the same judge assigned for review of each and, now the for present one, Judge Sullivan. One common document for these cases is attachment #1.

For case, 04-0214, the compliant involved issues of FOIA/Privacy Act. The plaintiff stated for this case that attachment #1 was improper in that it violated the Privacy Act. Because the plaintiff denied the call in question was made by him, if it was even made at all, he stated that the NTEU and the US Treasury created and used it to discredit the him; and that it, additionally, violates the plaintiff's First Amendment Rights. This is similar for case 05-1147 in which the NTEU has denied involvement with attachment #1. This has resulted in a conflict within DC District producing residual damage to the plaintiff for undue burden of processing the claims. Since this creates a predetermined opinion for the above captioned case with the defendant, it is improper for Judge Sullivan to be assigned to the present case. These circumstances raise concerns of

1

misconduct from the prior cases and potential for the present case.

Neither NTEU nor the defendant has provided any requested verification or proof of the participants for this incriminating call, therefore, it has created damage to the plaintiff, as the decision for the prior 04-0214, case demonstrates. This should not have been allowed by Judge Sullivan. The end effect is that Judge Sullivan is stating that DC District accepts such documentation which involves perjury, forged evidence, and subornation of perjury as shared or partitioned between the defendant and the NTEU. Thus, resulting in acceptance of character assassination of the plaintiff and giving credibility to false accusations from the NTEU and the defendant. This, further, concerns misconduct on the part of Judge Sullivan for improper recognition.

Clearly, from the above there exist conflict of opinion and usurps the plaintiff's right of due process in the present claim against the defendant. The improper inclusion of attachment #1 is also at issue for related cases in N GA District, so the merits of attachment 1 has resulted in contradiction of districts between DC and N GA Districts.

On August 13, 2007 the plaintiff re-address the above issues with DC Circuit. The plaintiff plans to continue seeking resolve of the problems plaguing the processing of his claims to the Administrative Office of the United States Courts because allowance of the subornation of perjury and forged evidence.

Consequently, because the plaintiff has, in particular, filed misconduct charges against Judge Sullivan in DC Circuit, there is a conflict of interest in the outcome of the present case, therefore, the case should be reassigned to another judge to provide fairness to the plaintiff; and, the interest of justice.

## Certification of Service

The attached document was sent by mail to:

Office of the Clerk
US District Court for DC
333 Constitution Ave, N.W.
Washington, DC, 20001

And by regular mail to:

Jeffery Taylor
Department of the Justice
555 Fourth St., NW
Washington, DC, 20530

_9-8-07_
Date

_Steven Ivey_
Steven Ivey
Plaintiff

Hall Robert M
To: Ferguson Linda C; Truss Karen D; Brown Brent E
Subject: Re: Steve Ivey

I had an interesting conversation tonight with Lisa Porter (NTEU Rep) concerning Steve Ivey.
He called the union office either Thursday or Friday and spoke to Angela Strong. He told her he was terminated because of his beliefs. She asked him what his beliefs were. He told her that he did not intend to take orders from any nigger or faggot. He asked to speak / meet with the president of the union.
This is all that we know so far, but I wanted to make you aware of what I heard.

Robert Maupin Hall

Chief, Section T-B

Data Conversion Branch

770-455-2528

Attachment #1