<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA</td><td align="center">RECEIVED<br>SEP 2 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT</td></tr>
</table>

Steven Ivey, )
)
    Plaintiff, )
)    CA No. 07- 0748 EGS
V. )
)
HENRY PAULSON, Secretary, et al., )
U.S. Department of the Treasury, )
)
    Defendant. )

## PLAINTIFF'S REPLY TO DEFENDANT'S EXTENSION MOTION TO PRELIMINARY REPORT

On September 13, 2007, the defendant called the plaintiff to ask if he would agree to a week extension fro filing the preliminary report. The plaintiff mailed his preliminary report on September 12, 2007, for the due date of September 17, 2007. In this preliminary report the plaintiff explained the steps taken in the conference and follow-ups for the preparation of the preliminary report. At the time there was no reason not to file the report for the September 17, 2007 deadline.

The plaintiff does not object to the extension for the defendant, but does request that in doing so, he be allowed to amend his previously filed report to reflect any discrepancies that would be filed with the defendant's preliminary report.

## Certification of Service

The attached document was sent by mail to:

Office of the Clerk
US District Court for DC
333 Constitution Ave, N.W.
Washington, DC, 20001

And by regular mail to:

Jeffery Taylor/Robin Meriweather
Department of the Justice
555 Fourth St., NW
Washington, DC, 20530

Sep. 17, '07
Date

Steven Ivey
Plaintiff