IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY, )<br>DEPARTMENT OF THE TREASURY )<br>    Defendant. )<br>) | Case Number 07-0748 (EGS) |

**MOTION FOR ENLARGEMENT OF TIME TO SUBMIT OPPOSITIONS TO MOTION TO REASSIGN JUDGE AND MOTION FOR JOINDER**

    Defendant Henry M. Paulson, through undersigned counsel, hereby respectfully requests a 2-day enlargement of time to submit an opposition to Plaintiff's Motion to Reassign Judge and Motion for Joinder. Defendant was served with those motions September 17, 2007, making the oppositions currently due October 1, 2007. Defendant requests that the due date be enlarged to October 3, 2007. Although the terms of Local Rule 7(m) do not require consultation with pro se parties, counsel for Defendant telephoned Plaintiff to seek his position. However, Plaintiff had not responded as of the time Defendant filed this motion.

    There is good cause to grant this motion. Counsel for Defendant has made a good faith effort to prepare Defendant's oppositions in advance of the current deadline. However, due to unexpected circumstances, the undersigned Assistant United States Attorney was out of the office on sick leave Friday September 28, 2007, and therefore was unable to complete the opposition memoranda on that day. A deposition in a Title VII case will require the undersigned to be out of the office for most of the day October 1, 2007. Due to the combination of those two factors, the undersigned will be unable to complete Defendant's oppositions prior to the current

deadline.  Accordingly, Defendant respectfully requests a modest enlargement of time to complete Defendant's oppositions to the two pending motions Plaintiff has filed.

Defendant has previously filed two enlargement motions, concerning the due date for Defendant's answer and the Rule 16.3 Report.  Defendant has not previously sought an enlargement of the two deadlines at issue in this motion.  There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendant an additional 2 days to submit oppositions to Plaintiff's motion for joinder and motion to reassign the judge should cause no prejudice.  An order granting the relief sought is attached hereto.

Dated: October 1, 2007                    Respectfully submitted,


        /s/         by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/         by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2007, I caused the foregoing to be filed via the Court's Electronic Case Filing system, and to be served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

Steven Ivey
7611 S. Orange Blossom Terr.,  # 278
Orlando, FL 32809

         */s/ Robin M. Meriweather*
         _____
         ROBIN M. MERIWEATHER
         ASSISTANT UNITED STATES ATTORNEY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN IVEY, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case Number 07-0748 (EGS) |
|  | ) |
| HENRY M. PAULSON, SECRETARY, | ) |
| DEPARTMENT OF THE TREASURY | ) |
| Defendant. | ) |

### **ORDER**

Upon consideration of Defendant's motion for enlargement of time to submit oppositions to Plaintiff's motion for joinder and motion to reassign the judge, it is this _____ day of _____, 2007

ORDERED that Defendant's motion be, and hereby is, GRANTED;

it is further ORDERED that Defendant's oppositions to Plaintiff's motion for joinder and motion to reassign the judge shall be due October 3, 2007.

SO ORDERED.

_____
United States District Judge