UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY M. PAULSON, Secretary,<br>Department of the Treasury,<br><br>    Defendant. | Civil Action No.  07-0748 (EGS) |

## ORDER

On consideration of the plaintiff's pending motions and defendant's opposition thereto, and on the parties' respective Rule 16.3 Reports, it is hereby

ORDERED that defendant's motions for extensions of time [Dkt. #12, 18] are GRANTED *nunc pro tunc*.  It is further

ORDERED that plaintiff's motions for joinder [Dkt. #13] and to reassign judge [Dkt. #14] are DENIED.  It is further

ORDERED that all formal discovery shall be stayed pending resolution of defendant's dispositive motion.

In a separate Order the Court will direct plaintiff to file an opposition or other response to defendant's motion to dismiss [Dkt. #20].

SO ORDERED.

Signed:     EMMET G. SULLIVAN
            United States District Judge

Dated:      October 22, 2007