RECEIVED
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Steven Ivey, ) | |
| ) | |
| Plaintiff, ) | CA No. 07- 0748 EGS |
| ) | |
| V. ) | |
| ) | |
| HENRY PAULSON, Secretary, et al., ) | |
| U.S. Department of the Treasury, ) | |
| ) | |
| Defendant. ) | |

**MOTION OF JOINDER OF PARTIES AS PER FRCP RULE 19**

For the above captioned case the plaintiff is amending, as per Rule 19, the plaintiffs to include the approximately 500 data transcribers that were particularly affected by the errors in the rating and rank system of the defendant, the degree to which certain problems affected which transcribers would vary. From the plaintiff's Preliminary Report item # 5 (d) there is a question as to whether these data transcribers should be joinder of plaintiffs. This is because the determinations of the, rating and rank problems, and the inaccuracies, would in turn affect these employees. More specifically, those that would have been terminated for "poor rating" as alleged by the defendant would be similar to the plaintiff' claims.

## Certification of Service

The attached document was sent by mail to:

Office of the Clerk
US District Court for DC
333 Constitution Ave, N.W.
Washington, DC, 20001

And by regular mail to:

Jeffery Taylor/Robin Meriweather
Department of the Justice
555 Fourth St., NW
Washington, DC, 20530

10-22-07
Date

Steven Ivey
Plaintiff