# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Steven Ivey,                              )
                                          )
    Plaintiff,                        )
                                          )   CA No. 07- 0748
V.                                        )
                                          )
HENRY PAULSON, Secretary, et al.,         )
U.S. Department of the Treasury,          )
                                          )
    Defendant.                        )

**RECEIVED**

NOV 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S MOTION TO DISMISS DATED OCTOBER 19, 2007

The plaintiff is requesting an extension of time to respond to the defendant's "Motion to Dismiss" submitted October 19, 2007. Prior to the defendant's Motion to Dismiss there have been several motions and replies from the plaintiff and the defendant which are still pending. These would be the plaintiff's, Motion of Joinder for Defendants, Motion to Amended Complaint, Plaintiff's Reply to Defendant's Opposition, and Motion of Joinder of Plaintiffs; and the defendant's Motion in Opposition to Joinder of Defendants and Amending, and Reassignment of Judge. Additionally, there is expected the defendant to reply to .plaintiff's Motion for Joinder of Plaintiffs. Particularly, in relation to time filings of these series of Motions is the fact that the plaintiff's reply to the defendant's Motion in Opposition and the defendant's Motion to Dismiss crossed in the mail, thus, each would need additional time for replies to these Motions.

Because of the above listed unresolved Motions, the Court would need to

1

resolve the contained issues and request as they relate to the further request of the defendant's Motion to Dismiss. Therefore, in order for the plaintiff to properly response to the defendant's Motion to Dismiss the decision from the Motions would be needed so that those decisions can be reflected in replying fully to the claims and issues. The plaintiff is suggesting that the Court set a deadline to respond to the defendant's Motion to Dismiss at <u>30 days</u> after the Court's decision of the last above listed Motion or after any related Motion to the above is entered. This extension of time in no way prejudices any party involved because it serves to ensure proper adjudication.

## Certification of Service

The attached document was sent by mail to:

Office of the Clerk
US District Court for DC
333 Constitution Ave, N.W.
Washington, DC, 20001

And by regular mail to:

Jeffery Taylor/Robin Meriweather
Department of the Justice
555 Fourth St., NW
Washington, DC, 20530

_Oct. 27, 2007_
Date

_Steven Ivey_
Plaintiff