UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>HENRY M. PAULSON, Secretary,<br>Department of the Treasury,<br><br>　　　Defendant. | Civil Action No.  07-0748 (EGS) |

## ORDER

On consideration of the plaintiff's pending motions and defendant's opposition thereto, it is hereby

ORDERED that plaintiff's second motion for joinder [Dkt. #25] and his motion for an extension of time to file his opposition to defendant's motion to dismiss [Dkt. #26] are DENIED. It is further

ORDERED that plaintiff shall file his opposition to defendant's motion to dismiss on or before **November 30, 2007**.

SO ORDERED.

Signed:　　EMMET G. SULLIVAN
　　　　　　United States District Judge

Dated:　　November 9, 2007