IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>HENRY M. PAULSON, SECRETARY, )<br>DEPARTMENT OF THE TREASURY )<br>     Defendant. )<br> )<br> ) | Case Number 07-0748 (EGS) |

**MOTION FOR ENLARGEMENT OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant Henry M. Paulson, through undersigned counsel, hereby respectfully requests a twenty-two day enlargement of time to submit a reply in support of Defendant's pending motion to dismiss. Plaintiff filed his opposition to that motion December 3, 2007, making the reply currently due December 13, 2007. Defendant requests that the due date be enlarged to January 4, 2008. Counsel for Defendant telephoned the pro se Plaintiff to seek his position, and left a voicemail message. However, Plaintiff had not responded as of the time Defendant filed this motion.

There is good cause to grant this motion. Counsel for Defendant has made a good faith effort to prepare Defendant's reply in advance of the current deadline. However, Plaintiff's opposition brief is thirty pages long, and includes 83 pages of exhibits. The opposition makes factual and legal arguments founded upon the documents included among those exhibits, and also makes representations concerning the scope of the arguments presented in the numerous other administrative and legal proceedings in which Plaintiff has been involved. In order to respond to Plaintiff's assertions, counsel for Defendant must review the exhibits, review other

record material from the forums in which Plaintiff has raised employment discrimination and other claims against Defendant, and consult with agency counsel concerning those factual and legal issues. The default 10-day period for preparing a reply brief will not afford counsel for Defendant sufficient time to complete those tasks and prepare Defendant's reply.

Defendant seeks approximately three weeks, instead of a more modest enlargement, due to the impending holidays. Counsel anticipates that there will be several days on which she will be unable to discuss the relevant legal and factual issues with agency counsel as a result of conflicting holiday travel plans. Accordingly, Defendant respectfully requests that the deadline for Defendant's reply be enlarged to January 4, 2008, the first Friday of the new year.

Defendant has not previously sought an enlargement of the deadline for submitting a reply brief. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendant an additional 22 days to submit a reply brief should cause no prejudice. An order granting the relief sought is attached hereto.

Dated: December 11, 2007                Respectfully submitted,

       /s/    by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

       /s/    by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

          /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2007, I caused the foregoing to be filed via the Court's Electronic Case Filing system, and to be served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

Steven Ivey
7611 S. Orange Blossom Terr.,  # 278
Orlando, FL 32809

> */s/ Robin M. Meriweather*
> _____
> ROBIN M. MERIWEATHER
> ASSISTANT UNITED STATES ATTORNEY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,<br>     Plaintiff,<br><br>v.<br><br>HENRY M. PAULSON, SECRETARY,<br>DEPARTMENT OF THE TREASURY<br>     Defendant. | Case Number 07-0748 (EGS) |

## **ORDER**

Upon consideration of Defendant's motion for enlargement of time to submit a reply in support of its motion to dismiss, it is this _____ day of _____, 2007

ORDERED that Defendant's motion be, and hereby is, GRANTED;

it is further ORDERED that Defendant's reply in support of its motion to dismiss, should Defendant choose to file a reply, shall be due January 4, 2008.

SO ORDERED.

_____
United States District Judge