**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
STEVEN IVEY,                      )
    Plaintiff,                        )
                                              )
    v.                                  )   Case Number 07-0748 (EGS)
                                              )
HENRY M. PAULSON, SECRETARY, )
DEPARTMENT OF THE TREASURY )
    Defendant.                       )
                                              )
_____ )

**MOTION FOR ENLARGEMENT OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS**

    Defendant Henry M. Paulson, through undersigned counsel, hereby respectfully requests a seven day enlargement of time to submit a reply in support of Defendant's pending motion to dismiss, making the reply due January 11, 2008. Defendant's reply currently is due January 4, 2008. Counsel for Defendant telephoned the pro se Plaintiff to seek his position on this enlargement motion, and left a voicemail message. However, Plaintiff had not responded as of the time Defendant filed this motion.

    There is good cause to grant this motion. Counsel for Defendant has made a good faith effort to prepare Defendant's reply in advance of the current deadline. However, the undersigned Assistant United States Attorney recently discovered that the agency attorney assigned to this case will be out of the office through January 7, 2008. The undersigned will need to consult with agency counsel concerning some of Plaintiffs' factual allegations prior to submitting the reply brief. In addition, agency counsel must review the reply brief before it is filed. Accordingly, Defendant respectfully requests that the deadline for Defendant's reply be enlarged to January 11, 2008.

Defendant has sought one prior enlargement of the deadline for submitting a reply brief. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendant an additional 7 days to submit a reply brief should cause no prejudice. An order granting the relief sought is attached hereto.

Dated: December 31, 2007                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/        by RMM
　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　/s/        by RMM
　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of December, 2007, I caused the foregoing to be filed via the Court's Electronic Case Filing system, and to be served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

Steven Ivey
7611 S. Orange Blossom Terr., # 278
Orlando, FL 32809

                                          */s/ Robin M. Meriweather*
                                        ROBIN M. MERIWEATHER
                                        ASSISTANT UNITED STATES ATTORNEY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN IVEY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, SECRETARY, )<br>DEPARTMENT OF THE TREASURY )<br>    Defendant. )<br>) | Case Number 07-0748 (EGS) |

## **ORDER**

Upon consideration of Defendant's motion for enlargement of time to submit a reply in support of its motion to dismiss, it is this _____ day of _____, 2007

ORDERED that Defendant's motion be, and hereby is, GRANTED;

it is further ORDERED that Defendant's reply in support of its motion to dismiss, should Defendant choose to file a reply, shall be due January 11, 2008.

SO ORDERED.

_____
United States District Judge