UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY M. PAULSON, Secretary,<br>Department of the Treasury,<br><br>    Defendant. | Civil Action No. 07-0748 (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #20] is GRANTED, and that plaintiff's motion to change venue [Dkt. #29] is DENIED as moot. It is further

ORDERED that the complaint is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed:    EMMET G. SULLIVAN
           United States District Judge

Dated:     September 4, 2008